CAROLINE SCHENKEL, Respondent, v. JACOB SCHENKEL, Appellant.— Decision handed down November 18, 1932 [236 App. Div. 871], and the order entered thereon amended by striking out the words " with costs, and complaint dismissed, with costs," and inserting in place thereof the words " and new trial granted, with costs to the appellant to abide the event." Present — Hill, P. J., Rhodes, Crapser and Bliss, JJ.

In the Matter of the Application of MATTHEW PETERS for Admission to the Bar.— Motion denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

EASTERN ROCK PRODUCTS, INC., and Others, Respondents, v. WALTER E. NATANSON, GEORGE F. BERGMANN and Others, Appellants.— Motion to dismiss appeal denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of HARRY RUBINSTEIN, Respondent, against MADISON HOUSE SOCIETY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant was engaged in recreation. Bliss, J., concurs; McNamee and Crapser, JJ., concur, and also on the further ground that the claimant at the time of the injury was not an employee within the spirit and intent of the Workmen's Compensation Law; Hill, P. J., and Rhodes, J., dissent and vote to affirm the award.

In the Matter of the Claim of CHARLES ALPER, Respondent, against PREMIER SHOE CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of NUNZIATA CILIO, Respondent, against MICHAEL FARUOLO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. (See Fish v. Rutland Railroad Co., 209 App. Div. 303; stipulation by employer and carrier's attorney.) Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents and votes to reverse award and to remit claim to the Board.

In the Matter of the Claim of LOUIS FRIEDBERG, Appellant, against FEINBERG & PRICE, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of THOMAS LOWRY, Respondent, against KEARNS ENGINEERING, INC., Respondent. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.†— Award reversed and claim dismissed as to the insurance carrier, with costs against the State Industrial Board, on the ground that the risk was not covered by the policy. Award against the employer is affirmed. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents and votes to affirm on the ground that the work in which the employee was engaged was incident to the business covered by the policy.